KEVIN JERMAINE BELL, ET AL.

                Plaintiffs,

v.                                                Case No. 17-CV-0605

CITY OF MILWAUKEE,
CHIEF EDWARD FLYNN, et al.,

                Defendants.

## STIPULATION FOR VOLUNTARY DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED** by and between the parties, through their respective attorneys, that the above-entitled action, together with all causes of action and claims for relief set forth in the Complaint, shall be dismissed upon its merits, with prejudice, and without costs to any of the parties.

| | |
|---|---|
| Dated: July 10, 2018. | ROHDE DALES LLP |
| | |
| | s/ Kyle Borkenhagen |
| | State Bar #1084544 |
| | Rohde Dales LLP |
| | 909 North 8th Street, Suite 100 |
| | Sheboygan, WI  53081 |
| | Telephone:  (920) 458-5501 |
| | Fax: (920) 485-5874 |
| | kborkenhagen@rohdedales.com |
| | Attorneys for Plaintiff |
| | |
| Dated: July 10, 2018. | GRANT F. LANGLEY |
| | City Attorney |
| | |
| | s/ Elleny B. Christopoulos |
| | State Bar #1105495 |
| | Assistant City Attorney |
| | 800 City Hall |
| | 200 East Wells Street |
| | Milwaukee, WI 53202 |
| | Telephone: (414) 286-2667 |
| | Fax: (414) 286-8550 |
| | echris@milwaukee.gov |
| | Attorneys for Defendants |